## DIVIDENDS REMITTED TO THE COURT

Case Number 05-97158 - MURKINS, TAMIKA L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Newport News Holding Corp.<br>5000 City Line Road<br>Hampton, VA 23661-1204<br>   (5-1) dc | 000005 | 68.00 | 1.53 |
| ---------- Remittance Total --------------- | | 68.00 | 1.53 |

*CK# 3008*

[signature]

SHELDON STEIN, BANKRUPTCY TRUSTEE

[stamp: 2011 APR -8 PM 2:47 CLEVELAND]